FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INOSENSIO BUENAVENTURA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEREMY PELLICER,<br><br>                    Defendant. | No.   4:25-CV-5071-TOR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

BEFORE THE COURT is Defendant's Motion to Dismiss.  ECF No. 22. Plaintiff is proceeding *pro se.*

Plaintiff's First Amended Complaint, which alleges violations of his civil rights occurring on April 25, 2020, was not filed until more than five years later on July 24, 2025 and is therefore untimely. The Court allowed Plaintiff an opportunity to amend his Complaint, but cautioned that if he failed to file a Second Amended Complaint ("SAC") by January 9, 2026, the Court would proceed to dismiss his FAC in part for failure to state a claim upon which relief

ORDER DISMISSING CASE WITH PREJUDICE -- 1

may be granted, and direct that his FAC be served on Defendant Pellicer, consistent with the instructions set forth in the Court's Order. ECF No. 13 at 12.

There is nothing in the record for the tolling of the statute of limitations.

Accordingly, **IT IS HEREBY ORDERED:**

Defendant's Motion to Dismiss, ECF No. 22, is **GRANTED**. This case is dismissed with prejudice and the Clerk of Court shall **CLOSE** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward a copy to Plaintiff at the address provided.

**DATED** June 18, 2026.

THOMAS O. RICE
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE -- 2